UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00387

**Quintraveon Minter,**
*Plaintiff,*

v.

**Larry Smith,**
*Defendant.*

### ORDER

Plaintiff Quintraveon Minter, proceeding pro se, jointly filed a civil-rights lawsuit pursuant to 42 U.S.C. § 1983 with several other inmates. The plaintiff's case was severed from those of the other inmates and referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Docs. 1, 14, 15.

On December 16, 2021, the magistrate judge issued a report recommending that the plaintiff's case be dismissed without prejudice due to the plaintiff's failure to comply with the court's orders and to prosecute his case. Doc. 18. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed without prejudice.

*So ordered by the court on February 3, 2022.*

J. CAMPBELL BARKER
United States District Judge